IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE HUMBERTO MAGANA-TORRES,

    Petitioner,                    2: 10 - cv - 2669 - WBS TJB

    vs.

KELLY HARRINGTON,

    Respondent.              <u>ORDER</u>

_____/

    Petitioner has requested a second thirty day extension of time to file objections to the Magistrate Judge's Findings and Recommendations which was entered on December 20, 2011. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

    Additionally, at Petitioner's request, his counsel has sought to withdraw from this action. Petitioner intends to proceed without counsel. That motion is granted.

    Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's request filed February 8, 2012 for an extension of time is GRANTED;
2.     Petitioner shall file his objections to the Magistrate Judge's Findings and Recommendations on or before March 12, 2012; and

1     3.     Counsel's motion to withdraw is GRANTED.

3 DATED: February 9, 2012

                                    TIMOTHY J BOMMER
                                    UNITED STATES MAGISTRATE JUDGE