UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOSE HUMBERTO MAGANA-TORRES,<br><br>    Petitioner,<br><br>  v.<br><br>KELLY HARRINGTON,<br><br>    Respondent. | No. 2:10-cv-2669 WBS DMC<br><br>Ninth Circuit Case No. 19-15551<br><br>ORDER RE: CERTIFICATE OF APPEALABILITY |

----oo0oo----

Before the court is the April 2, 2019 order of the Ninth Circuit Appellate Commissioner remanding defendant's appeal of this court's denial of defendant's motion for relief from judgment under Federal Rule of Civil Procedure 60(b). (Docket No. 48.) The order remanded defendant's appeal to this court "for the limited purpose of granting or denying a certificate of appealability."

For the reasons stated in the court's March 4, 2019 order denying the motion for relief from judgment (Docket No. 42), the court declines to issue a certificate of appealability.

1

The Clerk of Court for the Eastern District of California shall forward this order to the U.S. Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: April 5, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE